**2005–0341. State ex rel. Welker v. Russo.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0362. State ex rel. Elko v. Suster.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0377. State ex rel. Maxwell v. Kainrad.**
In Mandamus. On motions to dismiss. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0429. Humbert v. Borkowski.**
Fulton App. No. F–05–007, 2005-Ohio-918. On review of order certifying a conflict. The court determines that no conflict exists. This cause is therefore dismissed.

MOYER, C.J., RESNICK, PFEIFER, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

LUNDBERG STRATTON, J., dissents.

# MOTION AND PROCEDURAL RULINGS

**2003–2036. State v. Barton.**
Warren C.P. No. 03CR20526. On motion to dissolve stay on ruling upon motion for leave to file supplemental proposition of law. Motion to dissolve stay granted. On motion for leave to file supplemental proposition of law. Motion denied.

LUNDBERG STRATTON, J., dissents and would deny the motion to dissolve stay.

**2004–1425. Bd. of Edn. of Columbus City School Dist. v. Wilkins.**
Board of Tax Appeals, No. 2002–V–1301. On request for oral argument. Request granted.

RESNICK, J., dissents.

**2004–1688. State v. Cantwell.**
Stark App. No. 2003–CA–00367, 2004-Ohio-2964. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause consolidated with 2004–1188, *State v. Cantwell*, Stark App. No. 2003–CA–00367, 2004-Ohio-2964; cause held for the decisions in 2004–1279 and 2004–1696, *State v. Threatt*, Stark App. No. 2003CA00368, 2004-Ohio-3261; and briefing schedule stayed.

PFEIFER, J., dissents.

**2004–1692. State v. Carter.**
Stark App. No. 2003–CA–00372, 2004-Ohio-3523. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause consolidated with 2004–1324, *State v. Carter*, Stark App. No. 2003–CA–00372, 2004-Ohio-3523; cause held for the decisions in 2004–1279 and 2004–1696, *State v. Threatt*, Stark App. No. 2003CA00368, 2004-Ohio-3261; and briefing schedule stayed.

PFEIFER, J., dissents.

**2004–1697. State v. Owens.**
Stark App. No. 2003–CA–00370, 2004-Ohio-3262. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause consolidated with 2004–1275, *State v. Owens*, Stark App. No. 2003–CA–00370, 2004-Ohio-3262; cause held for the decisions in 2004–1279 and 2004–1696, *State v. Threatt*, Stark App. No. 2003CA00368, 2004-Ohio-3261; and briefing schedule stayed.

PFEIFER, J., dissents.